```
                    FILED _____ ENTERED
              _____ LODGED _____ RECEIVED

                       SEP 18 2007

                          AT SEATTLE
                  CLERK U.S. DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
                           BY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY BARABIN and GERALDINE BARABIN,<br><br>  Plaintiffs,<br><br>v.<br><br>ALBANY INTERNATIONAL CORP.;<br>et al.,<br><br>  Defendants. | No. C07-1454 RSL<br><br>NOTICE OF RELATED CASES<br><br><br>07-CV-01454-NTC |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

In connection with its Notice of Removal of Action pursuant to 28 USC §§ 1332, 1441 and 1446, ASTENJOHNSON, INC. ("Asten") hereby provides notice that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). Numerous asbestos cases are currently pending in that jurisdiction (In Re Asbestos Products Liability Litigation, MDL Docket No. 875). Those cases are related to the above-captioned case in that (1) they involve product liability and negligence causes of action based on plaintiffs' exposure to asbestos and asbestos-containing products, (2) they call for

NOTICE OF RELATED CASES - 1

K:\2038878\00554\20950_MRL\20950P20HK

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

determination of the same or substantially identical questions of law, and (3) they are likely to entail duplication of labor if heard by different judges.

MDL Rule 13(e) provides as follows:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies this Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. Asten will notify the Clerk of the Panel via letter that this case has been removed and that the Clerk may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an Order to show cause why the action should not be transferred pursuant to MDL Rule 13(b).

DATED this 18th day of September, 2007.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By _____s/ G. William Shaw_____
G. William Shaw, WSBA # 8573
Kevin A. Rosenfield, WSBA # 34972
Martha Rodriguez-Lopez, WSBA # 35466
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
E-mail: bill.shaw@klgates.com
Attorneys for Defendant
AstenJohnson, Inc.

NOTICE OF RELATED CASES - 2

K:\2038878\00554\20950_MRL\20950P20HK

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022