UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY BARABIN and GERALDINE BARABIN,<br><br>Plaintiffs,<br><br>v.<br><br>ALBANY INTERNATIONAL CORP., *et al.*,<br><br>Defendants. | Case No. C07-1454RSL<br><br>ORDER GRANTING DEFENDANTS' MOTION TO AMEND NOTICE OF REMOVAL |

This matter comes before the Court on defendants' "Motion for Leave to Amend Notice of Removal of Action" (Dkt. #47). Plaintiffs originally filed this action in King County Superior Court on December 18, 2006. See Dkt. #1 (Notice of Removal, Exhibit A). On September 18, 2007, defendants removed the action to this Court based on 28 U.S.C. §§ 1332, 1441 and 1446. See Dkt. #1. Plaintiffs subsequently moved for remand on several grounds, including procedural defects in defendants' notice of removal. See Dkt. #46 (Plaintiffs' Motion to Remand). These defects included a failure to allege both the state of incorporation and principal place of business of defendant Crane Co., and that diversity existed at the time of commencement of the action. See Dkt. #46. Plaintiffs have since stipulated that defendants may amend their notice of removal to cure the specified procedural defects, and to plead that plaintiffs are citizens of Arizona. See Dkt. #56 at 6-7 (Plaintiffs' Reply to Response to Motion to Remand). Accordingly, the Court GRANTS defendants' motion to amend their notice of removal.

ORDER GRANTING DEFENDANTS'
MOTION TO AMEND NOTICE OF REMOVAL          1

1  DATED this 12th day of December, 2007.

2

3                                             /s/ Robert S. Lasnik
                                              _____
4                                             Robert S. Lasnik
                                              United States District Judge

28  ORDER GRANTING DEFENDANTS'
    MOTION TO AMEND NOTICE OF REMOVAL          2