THE HONORABLE ROBERT S. LASNIK

07-CV-01454-MISC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY BARABIN and GERALDINE BARABIN, <br><br> Plaintiffs, <br><br> v. <br><br> ALBANY INTERNATIONAL CORP., et al., <br><br> Defendants. | No. C07-1454 RSL <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT CRANE CO. ONLY** |

STIPULATION

IT IS HEREBY STIPULATED by plaintiffs by and through their attorneys Brayton Purcell, LLP and defendant Crane Co. by and through its attorneys Lane Powell PC, that Crane Co. shall be dismissed with prejudice and without costs from the above-captioned lawsuit.

DATED this _____ day of March, 2009

| LANE POWELL PC | BRAYTON PURCELL, LLP |
|---|---|
| BY: _____ <br> Barry N. Mesher, WSBA No. 07845 <br> Brian D. Zeringer, WSBA No. 15566 <br> Jeffrey M. Odom, WSBA No. 36168 <br> Attorneys for Defendant Crane Co. | Cameron O. Carter by _____ WSBA #36168 <br> BY: _____ per e-mail authorization 3/17/09 <br> Cameron O. Carter, WSBA No. 33326 <br> Attorney for Plaintiffs |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT CRANE CO. ONLY - 1

119993.0063/1688299.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## ORDER

Pursuant to the foregoing stipulation

IT IS SO ORDERED.

Dated this 18th day of March, 2009.

*/s/ Robert S. Lasnik*

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

LANE POWELL PC

By_____
Barry N. Mesher, WSBA No. 07845
Brian D. Zeringer, WSBA No. 15566
Jeffrey M. Odom, WSBA No. 36168
Attorneys for Defendant Crane Co.

Approved as to form and content,
Notice of Presentment Waived:

BRAYTON PURCELL, LLP

By  Cameron O. Carter by /s/ WSBA #36168
   per e-mail authorization 3/17/09
Cameron O. Carter, WSBA No. 33326
Attorney for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS AS TO
DEFENDANT CRANE CO. ONLY - 2

119993.0063/1688299.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107