Hon. Robert S. Lasnik

**07-CV-01454-BCST**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY BARABIN and GERALDINE BARABIN, <br><br> Plaintiffs, <br><br> v. <br><br> ALBANY INTERNATIONAL CORP., et al., <br><br> Defendants. | No. C07-1454 RSL <br><br> AGREED ORDER DIRECTING DOCUMENT PRODUCTION BY BARTELLS ASBESTOS SETTLEMENT TRUST <br><br> [PROPOSED] <br><br> NOTE ON MOTION CALENDAR: May 29, 2009 |

THIS MATTER came on for hearing before the undersigned judge of the above-entitled court on Defendant Scapa Dryer Fabrics, Inc.'s ("Scapa") Motion to Compel Deposition and Document Production of Bartells Asbestos Settlement Trust. Pursuant to agreement of the plaintiffs and defendant Scapa Dryer Fabrics, Inc.,

IT IS HEREBY ORDERED:

1. The Bartells Asbestos Settlement Trust ("Trust') shall produce to Scapa by June 15, 2009, all non-privileged documents in its possession relating to any claim(s) filed by the plaintiffs Henry and Geraldine Barabin against the Trust;

2. The Trust shall produce to Scapa by June 15, 2009, a privilege log cataloging each document withheld from production pursuant to this order on the basis of any privilege.

1 -  AGREED ORDER DIRECTING DOCUMENT PRODUCTION  [PROPOSED]
J:\WA\106995\USDC (Federal)\PLD\AGRD ORD DIR PRODTN DOCS.wpd

BRAYTON ♦ PURCELL, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

DONE IN OPEN COURT this 4th day of June, 2009.

_____
HONORABLE ROBERT S. LASNIK

Presented by:

BRAYTON ❖ PURCELL, LLP

/s/ Cameron O. Carter

Cameron O. Carter, WSBA #33326
Attorneys for Plaintiffs
ccarter@braytonlaw.com


WILLIAMS KASTNER & GIBBS, PLLC

/s/ Jan C. Kirkwood

Jan C. Kirkwood, WSBA # 11092
Lisa C. Williams, WSBA # 35446
Attorneys for Defendant Scapa Dryer Fabrics, Inc.
jkirkwood@williamskastner.com

K&L GATES

/s/ G. William Shaw

G. William Shaw, WSBA # 8573
Attorneys for Defendant AstenJohnson, Inc.
bill.shaw@klgates.com

2 - AGREED ORDER DIRECTING DOCUMENT PRODUCTION [PROPOSED]
J:\WA\106995\USDC (Federal)\PLD\AGRD ORD DIR PRODTN DOCS.wpd

BRAYTON ❖ PURCELL, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573