Honorable Robert S. Lasnik

**07-CV-01454-MISC**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY BARABIN and GERALDINE BARABIN, <br><br> Plaintiffs, <br><br> v. <br><br> ALBANY INTERNATIONAL CORP.; ASTENJOHNSON, INC., et al., <br><br> Defendants. | No. C07-1454 <br><br> [PROPOSED] ORDER ON DEFENDANT ASTENJOHNSON'S MOTION FOR OVERLENGTH BRIEF <br><br> **NOTED ON MOTION CALENDAR:** **August 26, 2009** |

This matter having come on for hearing before the undersigned judge of the above entitled court on Defendant AstenJohnson's Motion for Overlength Brief, the parties being represented by counsel, this Court having reviewed the pleadings submitted in support of and in opposition to this motion and being fully advised in the premises, now, therefore,

IT IS ORDERED that Defendant AstenJohnson's Motion for Overlength Brief is GRANTED.

DATED THIS 24th day of August 2009.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK

[PROPOSED] ORDER GRANTING
ASTENJOHNSON'S MOTION
FOR OVERLENGTH BRIEF - 1
K:\2038878\00554\20950_MRL\20950P215F

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022