The Honorable Robert S. Lasnik

07-CV-01454-NTC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY BARABIN and GERALDINE BARABIN,<br><br>Plaintiff,<br><br>v.<br><br>ALBANY INTERNATIONAL CORP.; et al.,<br><br>Defendant. | NO. C07-1454 RSL<br><br>ORDER ON DEFENDANT SCAPA DRYER FABRICS, INC.'S MOTION TO ALLOW FILING OVER-LENGTH MEMORANDUM ON MOTIONS IN LIMINE NOS. 1-11<br><br>[PROPOSED]<br><br>NOTE ON MOTION CALENDAR: August 26, 2009 |

This matter having come on for hearing before the undersigned judge of the above entitled court on Defendant Scapa Dryer Fabrics, Inc.'s Motion to Allow Filing an Over-Length Memorandum on Motions in Limine Nos. 1-11, the parties being represented by counsel, this Court having reviewed the pleadings submitted in support of and in opposition to this motion and being fully advised in the premises, now, therefore,

IT IS ORDERED that Defendant Scapa Dryer Fabrics, Inc.'s Motion to Allow Filing an Over-Length Memorandum on Motions in Limine Nos. 1-11 is GRANTED.

ORDER ON DEFENDANT SCAPA DRYER FABRICS, INC.'S
MOTION TO ALLOW FILING OVER-LENGTH MEMORANDUM
ON MOTIONS IN LIMINE NOS. 1-11 - 1
(C07-1454 RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2591154.1

1  DATED this 24 day of August, 2009.

2

3

4  _____
JUDGE ROBERT S. LASNIK

5

6

7  PRESENTED BY:

8  WILLIAMS KASTNER & GIBBS, PLLC

9

10

11 By_____
Jan C. Kirkwood, WSBA #11092
12   Lisa C. Williams, WSBA #35446

13 Attorneys for Defendant Scapa Dryer Fabrics, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

ORDER ON DEFENDANT SCAPA DRYER FABRICS, INC.'S
MOTION TO ALLOW FILING OVER-LENGTH MEMORANDUM
ON MOTIONS IN LIMINE NOS. 1-11 - 2
(C07-1454 RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2591154.1