UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY BARABIN and GERALDINE
BARABIN,

          Plaintiffs,

     v.

ASTENJOHNSON, INC. and
SCAPA DRYER FABRICS, INC.,
         Defendants.

No. C07-1454RSL

ORDER REGARDING WITNESS LIST
FOR PLAINTIFFS' CASE-IN-CHIEF

       This matter comes before the Court sua sponte.  The Court directs plaintiffs to inform the court and defendants by noon on Friday, October 23, 2009 which witnesses (expert and lay) will be testifying in plaintiffs' case-in-chief.  The Court needs this information now to make reasoned decisions about allocation of time.  Likewise, when plaintiffs approach the end of their presentation of evidence, the Court will require defendants to inform the Court and other counsel which of their witnesses will be testifying.

       In addition, the Court will not allow all of the deposition designations currently designated to be read to the jury.  They will take too long and be too confusing to the jury.  The plaintiffs and defendants will be given a designated block of time to read all depositions to the jury, and the parties must decide which witnesses and/or which portions of witnesses' testimony

ORDER REGARDING WITNESS LIST FOR PLAINTIFFS' CASE-IN-CHIEF- 1

1  to cut in order to stay within that time limit.  We will discuss what that designated block of time

2  will be on Monday.

4          DATED this 20th day of October, 2009.

                                    *Robt S Lasnik*
                                    Robert S. Lasnik
                                    United States District Judge

26  ORDER REGARDING WITNESS LIST FOR PLAINTIFFS' CASE-IN-CHIEF- 2