The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HENRY BARABIN and GERALDINE BARABIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ASTENJOHNSON, INC. and SCAPA DRYER FABRICS, INC.,<br><br>　　　　Defendants. | NO. C07-1454 RSL<br><br>DEFENDANT SCAPA DRYER FABRICS, INC.'S JOINDER IN CO-DEFENDANT ASTENJOHNSON, INC.'S MOTION FOR A JUDGMENT AS A MATTER OF LAW PURSUANT TO FRCP 50(A) |

Defendant Scapa Dryer Fabrics, Inc. joins in AstenJohnson, Inc.'s Motion for a Judgment as a Matter of Law Pursuant to FRCP 50(A) filed by co-defendant AstenJohnson, Inc. in this case.

DATED this 16th day of November, 2009.

　　　　　　　　s/Jan C. Kirkwood, WSBA #11092
　　　　　　　　Attorney for Defendant Scapa Dryer Fabrics, Inc.
　　　　　　　　WILLIAMS, KASTNER & GIBBS PLLC
　　　　　　　　601 Union Street, Suite 4100
　　　　　　　　Seattle, WA 98101-2380
　　　　　　　　Telephone: (206) 628-6600
　　　　　　　　Fax: (206) 628-6611
　　　　　　　　Email: jkirkwood@williamskastner.com

DEFENDANT SCAPA DRYER FABRICS, INC.'S JOINDER IN CO-DEFENDANT ASTENJOHNSON, INC.'S MOTION FOR A JUDGMENT AS A MATTER OF LAW PURSUANT TO FRCP 50(A) - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2680236.1

1
2            *Of Counsel:*
3            H. Lane Young (*Pro Hac Vice*)
             M. Elizabeth O'Neill (*Pro Hac Vice*)
4            Hawkins & Parnell, LLP
             4000 SunTrust Plaza
5            303 Peachtree Street N.E.
             Atlanta, Georgia 30308-3243
6            Telephone:   (404) 614-7400
             Facsimile:   (404) 614-7500
7            Email: lyoung@hplegal.com
             Email: eoneill@hplegal.com
8            Attorneys for Scapa Dryer Fabrics, Inc.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DEFENDANT SCAPA DRYER FABRICS, INC.'S JOINDER IN CO-
DEFENDANT ASTENJOHNSON, INC.'S MOTION FOR A
JUDGMENT AS A MATTER OF LAW PURSUANT TO FRCP 50(A)
- 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2680236.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 16th, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Cameron Carter<br>Jane Vetto<br>Brayton ☐ Purcell<br>Columbia Square Building<br>111 SW Columbia Street, Suite 250<br>Portland, OR 97201<br>ccarter@braytonlaw.com<br>jvetto@braytonlaw.com<br>***Attorneys for Plaintiffs*** | G. William Shaw<br>Kirkpatrick & Lockhart<br>Preston Gates & Ellis, LLP<br>925 Fourth Ave., Suite 2900<br>Seattle, WA 98104<br>bill.shaw@klgates.com<br>***Attorneys for AstenJohnson, Inc.*** |

DATED this 16th day of November, 2009.

          s/Jan C. Kirkwood
Jan C. Kirkwood, WSBA #11092
Attorney for Defendant Scapa Dryer Fabrics, Inc.
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600
(206) 628-6611
jkirkwood@williamskastner.com

---

DEFENDANT SCAPA DRYER FABRICS, INC.'S JOINDER IN CO-DEFENDANT ASTENJOHNSON, INC.'S MOTION FOR A JUDGMENT AS A MATTER OF LAW PURSUANT TO FRCP 50(A) - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2680236.1