07-CV-01454-LTR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY BARABIN and GERALDINE BARABIN,<br><br>    Plaintiffs,<br><br>v.<br><br>ASTENJOHNSON, INC. and SCAPA DRYER FABRICS, INC.,<br><br>    Defendants. | No. C07-1454-RSL<br><br>VERDICT FORM |

WE, THE JURY, make the following answers to the questions submitted by the Court:

Question 1:  Did a defendant manufacture or sell an asbestos-containing product that was not reasonably safe as designed?

    a.) AstenJohnson, Inc.
    Answer:  Yes ✓      No _____

    b.) Scapa Dryer Fabrics, Inc.
    Answer:  Yes ✓      No _____

Question 2:   Did a defendant's failure to provide adequate warnings render its product not reasonably safe?

    a.) AstenJohnson, Inc.

    Answer:   Yes ✓   No ____

    b.) Scapa Dryer Fabrics, Inc.

    Answer:   Yes ✓   No ____

*If your answers to all parts of Question 1 and Question 2 are "No," skip Question 3 and answer Question 4. If your answer to any part of Question 1 or Question 2 is "Yes," answer Question 3 as to the corresponding defendant or defendants.*

Question 3:   Was the product of defendant that was not reasonably safe a proximate cause of injury to the plaintiff?

    a.) AstenJohnson, Inc.

    Answer:   Yes ✓   No ____

    b.) Scapa Dryer Fabrics, Inc.

    Answer:   Yes ✓   No ____

Question 4:   Was either defendant negligent?

    a.) AstenJohnson, Inc.

    Answer:   Yes ✓   No ____

      b.) Scapa Dryer Fabrics, Inc.

      Answer:   Yes ✓            No _____

*If your answer to Question 4 is "Yes" as to a defendant, answer Question 5 as to that defendant. If your answers to all parts of Question 4 are "No," you must now answer Question 6 only if you answered "Yes" on Question 3 or Question 4; if you have not answered "Yes" on any part of Question 3 or Question 4, sign and return this verdict without answering Questions 5 and 6.*

Question 5:  Was the defendant's negligence a proximate cause of injury to the plaintiff?

      a.) AstenJohnson, Inc.

      Answer:   Yes ✓            No _____

      b.) Scapa Dryer Fabrics, Inc.

      Answer:   Yes ✓            No _____

*If your answers to all parts of Question 3 and Question 5 are "No" or you did not reach these questions, sign and return this verdict. If your answer to any part of Question 3 or Question 5 is "Yes," answer Question 6.*

Question 6:  What do you find to be the plaintiffs' amount of damages?

      Henry Barabin's economic damages:                $ 700,000.00

      Henry Barabin's non-economic damages:        $ 8,000,000.00

      Geraldine Barabin's loss of consortium damages: $ 1,500,000.00

Please sign and return the verdict form.

DATED this  19th  day of November, 2009.

*Charlene Short*
Presiding Juror