The Honorable Robert S. Lasnik

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  | HENRY BARABIN and GERALDINE
BARABIN,

10

Plaintiffs,

11

v.

12

ASTENJOHNSON, INC. and SCAPA
DRYER FABRICS, INC.,

13

14

Defendants.

NO. C07-1454 RSL

DEFENDANT SCAPA'S JOINDER IN
CO-DEFENDANT ASTENJOHNSON'S
AMENDED MOTION TO VACATE
THE JUDGMENT PURSUANT TO
FED. R. CIV. P. 60 AND REQUEST
FOR A REASONABLENESS
HEARING

15

16     Defendant Scapa Dryer Fabrics, Inc. joins in AstenJohnson, Inc.'s Amended Motion to

Vacate the Judgment Pursuant to Fed. Civ. P. 60 and Request for a Reasonableness Hearing
17

(Docket Entry No. 372) filed by co-defendant AstenJohnson, Inc. in this case.
18

19     DATED this 10th day of December, 2009.

20
                                        s/Lisa C. Williams, WSBA #35446
21                                      Attorney for Defendant Scapa Dryer Fabrics, Inc.
                                        WILLIAMS, KASTNER & GIBBS PLLC
22                                      601 Union Street, Suite 4100
                                        Seattle, WA  98101-2380
23                                      Telephone:  (206) 628-6600
                                        Fax:  (206) 628-6611
                                        Email:  lwilliams@williamskastner.com
24

25

DEFENDANT SCAPA'S JOINDER IN CO-DEFENDANT                    **Williams, Kastner & Gibbs PLLC**
ASTENJOHNSON'S AMENDED MOTION TO VACATE THE                  601 Union Street, Suite 4100
JUDGMENT PURSUANT TO FED. R. CIV. P. 60 AND REQUEST FOR      Seattle, Washington 98101-2380
A REASONABLENESS HEARING - 1                                 (206) 628-6600

2692581.1

1

2                                          *Of Counsel:*

3                                          H. Lane Young (*Pro Hac Vice*)
                                           M. Elizabeth O'Neill (*Pro Hac Vice*)
4                                          Hawkins & Parnell, LLP
                                           4000 SunTrust Plaza
5                                          303 Peachtree Street N.E.
                                           Atlanta, Georgia 30308-3243
6                                          Telephone:    (404) 614-7400
                                           Facsimile:    (404) 614-7500
7                                          Email:  lyoung@hplegal.com
                                           Email:  eoneill@hplegal.com
8                                          Attorneys for Scapa Dryer Fabrics, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT SCAPA'S JOINDER IN CO-DEFENDANT                    **Williams, Kastner & Gibbs PLLC**
ASTENJOHNSON'S AMENDED MOTION TO VACATE THE                 601 Union Street, Suite 4100
JUDGMENT PURSUANT TO FED. R. CIV. P. 60 AND REQUEST FOR     Seattle, Washington 98101-2380
A REASONABLENESS HEARING - 2                                (206) 628-6600

2692581.1

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on December 10, 2009, I electronically filed the foregoing with the

3 Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4 following:

5

6   Cameron Carter                     G. William Shaw
    Jane Vetto                         Kirkpatrick & Lockhart
7   Brayton □ Purcell                  Preston Gates  Ellis, LLP
    Columbia Square Building           925 Fourth Ave., Suite 2900
8   111 SW Columbia Street, Suite 250  Seattle, WA  98104
    Portland, OR  97201                bill.shaw@klgates.com
9   ccarter@braytonlaw.com             *Attorneys for AstenJohnson, Inc.*
    jvetto@braytonlaw.com
10  *Attorneys for Plaintiffs*

11

12      DATED this 10th day of December, 2009.

13                                     s/Lisa C. Williams
                                       Lisa C. Williams, WSBA #35446
14                                     Attorney for Defendant Scapa Dryer Fabrics,
                                       Inc.
15                                     Williams Kastner & Gibbs PLLC
                                       601 Union Street, Suite 4100
16                                     Seattle, WA 98101-2380
                                       (206) 628-6600
17                                     (206) 628-6611
                                       lwilliams@williamskastner.com

18

19

20

21

22

23

24

25

DEFENDANT SCAPA'S JOINDER IN CO-DEFENDANT          **Williams, Kastner & Gibbs PLLC**
ASTENJOHNSON'S AMENDED MOTION TO VACATE THE        601 Union Street, Suite 4100
JUDGMENT PURSUANT TO FED. R. CIV. P. 60 AND REQUEST FOR   Seattle, Washington 98101-2380
A REASONABLENESS HEARING - 3                       (206) 628-6600

2692581.1