# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HENRY BARABIN and GERALDINE BARABIN

Plaintiffs,

v.

ASTENJOHNSON, INC. and SCAPA DRYER FABRICS, INC.,

Defendants.

No. C07-1454RSL

ORDER GRANTING PLAINTIFFS' MOTIONS FOR EXTENSION OF TIME TO COMPLETE RESPONSIVE BRIEFING

This matter comes before the Court on plaintiffs' motions for extensions of time (Dkt. ##412, 413) to respond to defendants Scapa Dryer Fabrics, Inc. and AstenJohnson, Inc.'s motions for judgment as a matter of law (Dkt. ##388, 390), which are currently noted for January 15, 2010, and defendants' motions for a new trial (Dkt. ##386, 396), currently noted for January 8, 2010. Considering the size and complexity of defendants' multiple submissions and the novel issues they proffer, as well as the fact that these motions' briefing schedules have spanned two holidays, the Court finds sufficient good cause to extend plaintiffs' time to respond.

For the forgoing reasons, plaintiffs' motions for extension of time are GRANTED. The Clerk of Court is directed to re-note defendants' motions for judgment as a matter of law (Dkt. ##388, 390) on the Court's calendar for Friday, February 5, 2009 and to re-note defendants' motions for new trial (Dkt. ##386, 396) on the Court's calendar for Friday, January 29, 2009.

ORDER

Opposition to the motions for judgment as a matter of law shall be filed and served on defendants no later than 4:30 p.m. on Monday, February 1, 2010. Opposition to the motions for a new trial shall be filed and served on defendants no later than 4:30 p.m. on Monday, January 25, 2010. Pursuant to LR 7(d)(3), any reply memoranda will due on the motion's noting date.

Dated this 4th day of January, 2010.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge