UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY BARABIN and GERALDINE BARABIN,

    Plaintiffs,

v.

ASTENJOHNSON, INC. and SCAPA DRYER,

    Defendants.

Case No. C07-1454RSL

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against DEFENDANTS ASTENJOHNSON, INC. and SCAPA DRYER FABRICS, INC. , and on behalf of PLAINTIFFS HENRY BARABIN and GERALDINE BARABIN in the amount of $9,266.73 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. CLERK'S FEES | $400.00 | 0 | $400.00 |
| II. SERVICE FEES | $80.00 | 0 | $80.00 |
| III. DEPOSITION COSTS | $18,630.54 | $17,295.64 | $1,334.90 |

Clerk allowed costs for only those depositions actually used by counsel for either party in lieu of live testimony or to impeach.

| IV. COPY COSTS | $28,244.71 | $24,008.71 | $4,236.00 |

TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|

General litigation expenses incurred for copying or printing are not taxable. Clerk allowed costs incurred for copying directly related to trial or case filings. Clerk estimated that 15% of total costs requested were directly tied to trial.

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| V. DOCKET FEE | $35.00 | 0 | $35.00 |
| VI. WITNESS FEES | $5,607.89 | $2,427.06 | $3,180.83 |

Clerk allowed cost for current coach class tickets for witnesses.

Dated this ___2nd___ day of February, 2010 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2