# United States District Court

WESTERN DISTRICT OF WASHINGTON

HENRY BARABIN AND GERALDINE BARABIN,

        v.

ASTENJOHNSON, INC., *et al.*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-1454RSL

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of plaintiffs Henry and Geraldine Barabin and against defendants AstenJohnson, Inc. and Scapa Dryer Fabrics, Inc. in the amount of $9,373,152.12, which reflects the $10.2 million jury verdict, less the offset in reasonable settlements of $836,114.61, with interest under 28 U.S.C § 1961 at the rate of 0.28 percent per annum, plus $9,266.73 in costs, which will accrue interest at the rate of 0.28 percent per annum as of February 2, 2010. This judgment is entered *nunc pro tunc* as of November 20, 2009, the date of the initial judgment.

December 10, 2010      William M. McCool
                                           Clerk

                                   /s/Rhonda Stiles
                                   By, Deputy Clerk