The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

HENRY BARABIN and GERALDINE BARABIN,

     Plaintiffs,

  vs.

ASTENJOHNSON, INC. and SCAPA DRYER FABRICS, INC.,

     Defendants.

NO.  C07-1454 RSL

NOTICE OF APPEAL OF DEFENDANT ASTENJOHNSON, INC.

Notice is hereby given that Defendant AstenJohnson, Inc., appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on December 10, 2010, and the orders denying Defendants' motions for judgment as a matter of law, new trial, and/or remittitur, also entered on December 10, 1020.

DATED this 15th day of December, 2010.

___*Michael B. King*_____
Michael B. King, WSBA No. 14405
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA  98104
Phone: (206) 622-8020
Facsimile:  (206) 467-8215
king@carneylaw.com

NOTICE OF APPEAL OF
DEFENDANT ASTENJOHNSON,
INC.
(C07-1454 RSL) – 1



Law Offices
A Professional Service Corporation

701 Fifth Avenue, Suite 3600
Seattle, Washington  98104-7010
T (206) 622-8020
F (206) 467-8215

AST004 li134y649f 2010-12-15

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

G. William Shaw, WSBA No. 8573
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-7022
Phone (206) 623-7580
Facsimile (206) 623-7022
Bill.shaw@klgates.com

Forrest Ren Wilkes
FORMAN PERRY WATKINS
KRUTZ & TARDY
1515 Poydras, Suite 1300
New Orleans, LA  70112
Phone (504)799-4383
ren@fpwk.com

Attorneys for Defendant/Appellant
AstenJohnson, Inc.

NOTICE OF APPEAL OF
DEFENDANT ASTENJOHNSON,
INC.
(C07-1454 RSL) – 2

CARNEY
BADLEY
SPELLMAN

Law Offices
A Professional Service Corporation

701 Fifth Avenue, Suite 3600
Seattle, Washington  98104-7010
T (206) 622-8020
F (206) 467-8215

AST004 li134y649f 2010-12-15

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

| | |
|---|---|
| Gilbert L. Purcell<br>gpurcell@gbraytonlaw.com | Jeffrey M. Odomo<br>odomj@lanepowell.com |
| Cameron O. Carter<br>ccarter@braytonlaw.com | Eliot M. Harris<br>eharris@williamskastner.com |
| Jane Elizabeth Vetto<br>jvetto@braytonlaw.com | Barry Neal Mesher<br>mesherb@lanepowell.com |
| Forrest Ren Wilkes<br>ren@fpwk.com | Lisa Christine Williams<br>lwilliams@williamskastner.com |
| H. Lane Young, II<br>lyoung@hplegal.com | William Ivan Aloe<br>waloe@williamskastner.com |
| M. Elizabeth O'Neill<br>eoneill@hplegal.com | Robert U. Bokelman<br>BBokelman@braytonlaw.com |
| S. Christopher Collier<br>ccollier@hplegal.com | James P. Nevin<br>JNevin@braytonlaw.com |
| Jan Catherine Kirkwood<br>jkirkwood@williamskastner.com | Robert B. Gilbreath<br>rgilbreath@hplegal.com |
| Philip A Talmadge<br>phil@talmadgelg.com | |

.

/s/___*Patti Saiden*_____
Patti Saiden
Legal Assistant to Michael B. King

NOTICE OF APPEAL OF
DEFENDANT ASTENJOHNSON,
INC.
(C07-1454 RSL) – 3

**CARNEY
BADLEY
SPELLMAN**

Law Offices
A Professional Service Corporation

701 Fifth Avenue, Suite 3600
Seattle, Washington  98104-7010
T (206) 622-8020
F (206) 467-8215

AST004 li134y649f 2010-12-15