HONORABLE JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GERALDINE BARABIN, as Personal Representative for the Estate of HENRY BARABIN, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>ASTENJOHNSON, INC., et al.<br><br>Defendants. | NO. 2:07-cv-01454-JLR ~JLR~<br><br>~PLAINTIFF'S PROPOSED~ ORDER SETTING TRIAL RELATED DATES |

Trial in this case is scheduled to begin at 1:30 p.m. on March 26, 2018. The following dates are hereby ORDERED:

| | |
|---|---|
| Length of Trial | 10 ~20~ days |
| Deadline for amending pleadings | September 26, 2017 |
| Plaintiff Disclosure of expert testimony under FRCP 26(a)(2) | September 26, 2017 |
| Defendants' Disclosure of expert testimony under FRCP 26(a)(2) | September 26, 2017 |
| All motions related to discovery must be filed by (see LCR 7(d)) | October 26, 2017 |
| Discovery completed by | November 26, 2017 |
| All dispositive motions and all Daubert motions must be filed by (see LCR 7(d)) | December 22, 2017 ~February 2, 2018~ |
| All motions in limine must be filed by<br>(All motions in limine shall be filed as one motion) | ~March 1, 2018~ February 12, 2018 |

[Handwritten margin note: Settlement conference held no later than January 25, 2018]

PROPOSED ORDER SETTING TRIAL DATES    Page 1

FOLEY & MANSFIELD PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
(206 456-5360

| | | |
|---|---|---|
| 1 | Agreed pretrial order due by | March ~~12~~ 5, 2018 *JLR* |
| 2 | ~~All oppositions to motions in limine~~ *See Local Civil Rule 7(d)(4)* | ~~March 19, 2018~~ *JLR* |
| 3 | Pretrial conference to be held on | March 12, 2018 at 2:30 p.m. *JLR* |
| 4 | Trial briefs, proposed voir dire, jury instructions due by | March 19, 2018 |
| 5 | (Motions in limine raised in trial briefs will not be considered) | |

IT IS SO ORDERED.

DATED: March 29, 2017

_____
The Honorable Judge James L. Robart

PROPOSED ORDER SETTING
TRIAL DATES                          Page 2

FOLEY & MANSFIELD PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
(206 456-5360