# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GERALDINE BARABIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ASTENJOHNSON, INC., et al., <br><br> Defendants. | CASE NO. C07-1454JLR <br><br> ORDER |

A representative for Plaintiff Geraldine Barabin contacted the court to request a discovery conference regarding (1) Ms. Barabin's ability to retake a deposition of Defendant AstenJohnson, Inc., and (2) the scope of that deposition. The court ORDERS the parties to file statements of no more than three (3) pages further explaining the nature of the disputed discovery, setting forth the appropriate legal standard, and providing brief argument in support of the party's position. The parties must file these statements no later than Friday, November 10, 2017, at 5:00 p.m.

//

The court further ORDERS the parties to appear at a telephonic hearing on Tuesday, November 14, 2017, at 9:00 a.m. The undersigned judge's Courtroom Deputy will contact the parties with instructions for appearing at the telephonic hearing. If the parties resolve this dispute prior to the conference, they are instructed to notify the court immediately.

Dated this 7th day of November, 2017.

JAMES L. ROBART
United States District Judge