The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALDINE BARABIN, as Personal Representative for the Estate of HENRY BARABIN, deceased<br><br>Plaintiff,<br><br>v.<br><br>ALBANY INTERNATIONAL CORP., et al.,<br><br>Defendants. | No. 2:07-cv-01454-JLR<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVER-LENGTH OPPOSITION TO DEFENDANT SCAPA DRYER FABRICS, INC.'S MOTION TO EXCLUDE SPECIFIC CAUSATION TESTIMONY OF PLAINTIFF'S EXPERT CARL BRODKIN, M.D.<br><br>NOTE ON MOTION CALENDAR:<br>**JANUARY 3, 2018** |

THIS MATTER, Plaintiffs' Motion to File Over-Length Opposition to Defendant Scapa Dryer Fabrics, Inc.'s Motion to Exclude Specific Causation Testimony of Plaintiffs' Expert Carl Brodkin, M.D., (Mot. (Dkt. # 678)) was heard and considered by the court on this day.

IT IS HEREBY ORDERED that:

1. Plaintiffs Motion to File an over-length brief of thirty (30) pages in opposition to Scapa's motion regarding Dr. Carl Brodkin pursuant to Local Civil Rule 7(f) is GRANTED.

2. All other responses shall not exceed 12 pages. JLR

DATED this 3rd day of January, 2018.

_____
HONORABLE JAMES L. ROBART

1 - ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVER-LENGTH OPPOSITION TO DEFENDANT SCAPA DRYER FABRICS, INC.'S MOTION TO EXCLUDE SPECIFIC CAUSATION TESTIMONY OF PLAINTIFF'S EXPERT CARL BRODKIN, M.D.

C:\Users\CJiang\AppData\Local\Temp\notesD06208\ord Motion to file over-length opposition.w

**BRAYTON ❖ PURCELL, LLP**
806 SW Broadway, Suite 1100
Portland, Oregon 97205
Tel: (503) 295-4931; Fax: (503) 241-2573