1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   GERALDINE BARABIN,                    CASE NO. C07-1454JLR

11                        Plaintiff,       MINUTE ORDER

12          v.

13   ASTENJOHNSON, et al.,

14                        Defendants.

15          The following minute order is made by the direction of the court, the Honorable

16   James L. Robart:

17          Before the court are two motions filed by Defendant Scapa Dryer Fabrics, Inc.

18   ("Scapa") to exclude various testimonies of Plaintiff Geraldine Barabin's experts,

19   including the exposure testimonies of Christopher DePasquale and Steven Compton as

20   well as the causation testimonies of Dr. Carl Brodkin, Dr. David Tarin, Dr. Richard

21   Cohen, and Dr. Allan Smith.  (*See* Exposure Mot. to Exclude (Dkt. # 681); Causation

22   Mot. to Exclude (Dkt. # 683).)  Scapa has requested oral argument in regards to both

motions.  (*See id.*)  Accordingly, the court schedules a *Daubert* hearing on February 6,
2018, and February 7, 2018, to address the two motions to exclude expert testimony.
Attendance of experts may be required.  The parties should advise the court.

　　　Filed and entered this 19th day of January, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk