UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| HENRY BARABIN and GERALDINE BARABIN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ASTENJOHNSON, INC. and SCAPA DRYER FABRICS, INC.,<br><br>　　　　Defendants. | No. 2:07-cv-01454-JLR<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT ASTENJOHNSON, INC.** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant ASTENJOHNSON, INC. are hereby dismissed with prejudice, each party to bear its own costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 12 March 2018

By: _____
James L. Robart
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT ASTENJOHNSON, INC.