HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALDINE BARABIN,

    Plaintiff,

v.

SCAPA DRYER FABRICS, INC.,

    Defendant.

CASE NO. C07-1454JLR

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable James L. Robart, United States District Court Judge.

The Court will allow the following attorneys to bring food, water, and soda into the courthouse for the jury trial scheduled to begin March 26, 2018, and expected to conclude on or around April 9, 2018:

For Plaintiff:

    James Nevin
    Meredith Good
    Accompanying staff members

For Defendant:

    Lane Young
    Robert Gilbreath
    Nicole MacKenzie
    Chris Collier
    Accompanying staff members

MINUTE ORDER – 1

DATED this 22nd day of March, 2018.

                                      WILLIAM M. McCOOL,
                                      Clerk of the Court

                                   By: */s/ Ashleigh Drecktrah*
                                           Deputy Clerk to the
                                           Hon. James L. Robart

MINUTE ORDER – 2