1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALDINE BARABIN,

                Plaintiff,

    v.

SCAPA DRYER FABRICS, INC.,

                Defendant.

No. C07-1454JLR

ORDER RE: JUROR LUNCHES

       The Court hereby directs the Clerk of Court to pay for lunch that was provided to the 9-member jury in the above entitled action, which was in deliberations on April 5, 2018.

       Dated this ___ day of April, 2018.

                                              JAMES L. ROBART
                                              United States District Judge