UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALDINE BARABIN,<br><br>            Plaintiff,<br>v.<br><br>SCAPA DRYER FABRICS, INC.,<br><br>           Defendant. | CASE NO. C07-1454JLR<br><br>ORDER TO SHOW CAUSE |

On June 12, 2018, after a jury trial and resolution of the parties' post-trial motions (*see* Jury Verdict (Dkt. # 748); 6/4/18 Order (Dkt. # 773)), the court entered judgment in the amount of $1,056,000.00 in favor of Plaintiff Geraldine Barabin against Defendant Scapa Dryer Fabrics, Inc. ("Scapa") (Judgment (Dkt. # 774)). On July 10, 2018, Scapa filed a motion to vacate the judgment under Federal Rule of Civil Procedure 60 or, in the alternative, Rule 59(e). (*See generally* MTV (Dkt. # 777).)

Under Federal Rule of Civil Procedure 62(b), "[o]n appropriate terms for the opposing party's security, the court may stay the execution of a judgment—or any

ORDER - 1

proceedings to enforce it—pending disposition of . . . [a motion] under Rule 59 . . . or . . . under Rule 60." Fed. R. Civ. P. 62(b). Accordingly, the court ORDERS the parties to submit, no later than Thursday, July 19, 2018, statements on whether the court should stay the execution of the judgment and proceedings to enforce it while Scapa's motion to vacate is pending. If the parties agree, they may file a joint statement of no more than five (5) pages. Otherwise, the parties may file separate responses of no more than five (5) pages each.

Dated this 12th day of July, 2018.

JAMES L. ROBART
United States District Judge