# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GERALDINE BARABIN,<br><br>                Plaintiff,<br><br>    v.<br><br>SCAPA DRYER FABRICS, INC., et al.,<br><br>                Defendants. | CASE NO. C07-1454JLR<br><br>ORDER STAYING JUDGMENT AND REMOVING PENDING MOTIONS FROM THE CALENDAR |

On July 12, 2018, the court ordered the parties to explain whether the court should stay the execution of the judgment and proceedings to enforce the judgment, pending Defendant Scapa Dryer Fabrics, Inc.'s ("Scapa") motion to vacate. (OSC (Dkt. # 779) at 2; *see also* Mot. to Vac. (Dkt. # 777).) On July 19, 2018, the parties jointly responded to the court's order. (Jt. St. (Dkt. # 781).) The parties inform the court that they are "meeting and conferring to reach agreement regarding disclosure of the prior settlements and intend to jointly submit a proposed amended judgment." (*Id.* at 1.) That discussion

will likely also impact Plaintiff Geraldine Barabin's pending motion for costs. (*Id.*; *see* Mot. for Costs (Dkt. # 776).) As such, the parties agree that "the [c]ourt should stay the execution of the judgment and proceedings to enforce it" and that "further briefing on Scapa's [m]otion to [v]acate [j]udgment should be stayed unless and until such time as the [p]arties determine that they cannot reach agreement." (*Id.* at 1-2.)

Accordingly, the court STAYS the execution of the judgment and proceedings to enforce it and further STAYS its consideration of Ms. Barabin's motion for costs (Dkt. # 776) and Scapa's motion to vacate (Dkt. # 777). The court DIRECTS the Clerk to remove both motions (Dkt. ## 776, 777) from its calendar. The court ORDERS the parties to file a joint status report ("JSR") in fourteen (14) days advising the court of the status of their discussions.

Dated this 20th day of July, 2018.

JAMES L. ROBART
United States District Judge